UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT <br><br> Defendant. | Civil Action No. 20-03120 (CKK) |

**JOINT STATUS REPORT**

Defendant, the U.S. Immigration and Customs Enforcement ("ICE"), and Plaintiffs Citizens for Responsibility and Ethics in Washington ("CREW"), the National Immigration Project of the National Lawyers Guild ("NIPNLG"), and Project South ("Plaintiffs" and, together with ICE, "Parties"), by and through undersigned counsel, respectfully submit this Joint Status Report pursuant to the Court's December 4, 2020 Minute Order.

1. On October 29, 2020, Plaintiffs filed their complaint under the Freedom of Information Act ("FOIA"), 5 U.S.C. § 552 ("Complaint" or "Compl."). ECF No. 1.

    a. Plaintiffs' Complaint relates to two FOIA requests seeking records related to "non-consensual medical procedures performed on individuals in ICE custody, including gynecological procedures that could result in sterilization or diminished fertility." Compl. ¶¶ 1, 17, 21.

2. On December 3, 2020, Defendant filed its Answer. ECF No. 12.

3. On December 4, 2020, this Court issued a Minute Order ordering the Parties to

meet and confer and file a Joint Status Report on or before January 11, 2021, proposing a schedule for proceeding in this matter. The Court ordered further that the schedule should address, among other things, the status of Plaintiffs' FOIA request, the anticipated number of documents responsive to Plaintiffs' FOIA request, the anticipated date(s) for release of the documents requested by Plaintiffs, whether a motion for an Open America stay is likely in this case, and whether a *Vaughn* index will be required in this case. ECF No. 13.

4. The Parties met and conferred by email in December 2020 and January 2021. In emails sent on November 24 and December 3, 2020, the Parties agreed to a modification of the original requests to narrow the scope of the records sought.

5. The Parties now report as follows:

    a. With respect to the status of Plaintiffs' FOIA request, Defendant reports that they are still actively searching for responsive records with Custody Management Office, Atlanta Field Office and Immigration Health Services Corps and will have more particular information about Plaintiff's request in the next 30 days.

    b. With respect to the anticipated date(s) for release of the documents requested by Plaintiffs, Defendant reports that the first release is anticipated on or about February 15, 2021, with each subsequent release to be made on or about the 15th of each month for the next three (3) months thereafter.

    c. With respect to whether a motion for an *Open America* stay is likely in this case, Defendant reports that it does not expect to move for an *Open America* stay.

    d. With respect to whether a *Vaughn* index will be required in this case, Defendant states that a *Vaughn* index will only be necessary if the Parties are unable to resolve issues related to records potentially subject to one or more FOIA exemption. To the extent that

any potentially responsive documents are withheld, the Parties will work to meet and confer in order to narrow the scope of issues that might need to be addressed in a *Vaughn* index prior to dispositive briefing.

      e.      Because production is ongoing, the parties believe that entry of a summary judgment briefing schedule would be premature at this time; the parties will notify the Court if and when they determine a briefing schedule is necessary.

6.      Accordingly, the parties jointly propose that the Court order as follows:

- Defendant will make an initial release of any non-exempt records identified as responsive to Plaintiffs' FOIA requests on or before February 15, 2021, and thereafter on the 15th of each month (or the next business day) until Defendant completes its productions in this case; and

- The parties will file a joint status report on or before February 19, 2021, and thereafter on the 19th of each month (or the next business day).

Date: January 11, 2021                    Respectfully submitted,

                                              MICHAEL R. SHERWIN
                                              Acting United States Attorney
                                              District of Columbia

                                              BRIAN P. HUDAK,
                                              Acting Chief, Civil Division

                              By:      /s/*Kristin D. Brudy-Everett*
                                              KRISTIN D. BRUDY-EVERETT
                                              Assistant United States Attorney
                                              Judiciary Center Building
                                              555 4th St., N.W.
                                              Washington, D.C.  20530
                                              (202) 252-2536
                                              Kristin.Brudy-Everett@usdoj.gov

                                              *Counsel for Defendant*

*/s/ Nikhel Sus*

Nikhel S. Sus
(D.C. Bar No. 1017937)
CITIZENS FOR RESPONSIBILITY AND
ETHICS IN WASHINGTON
1101 K St. NW, Suite 201
Washington, D.C. 20005
Telephone: (202) 408-5565
Fax: (202) 588-5020
nsus@citizensforethics.org

Sirine Shebaya (D.C. Bar No. 1019748)
Khaled Alrabe*
NATIONAL IMMIGRATION PROJECT OF THE
NATIONAL LAWYERS GUILD (NIPNLG)
2201 Wisconsin Ave NW, Suite 200
Washington, DC 20007
Tel: (202) 656-4788
sirine@nipnlg.org
khaled@nipnlg.org

*Admitted *pro hac vice*

Azadeh Shahshahani*
Priyanka Bhatt*
PROJECT SOUTH
9 Gammon Ave SE
Atlanta, Georgia 30315
Tel: (404) 622-0602
azadeh@projectsouth.org
priyanka@projectsouth.org

*Admitted *pro hac vice*

*Counsel for Plaintiffs*