UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| CITIZENS FOR RESPONSIBILITY AND ETHICS IN WASHINGTON, *et al.*,<br><br>Plaintiffs,<br><br>v.<br><br>U.S. IMMIGRATION AND CUSTOMS ENFORCEMENT<br><br>Defendant. | Civil Action No. 20-03120 (CKK) |

## PROPOSED] ORDER

UPON CONSIDERATION of the Joint Status Report, and the entire record herein, it is hereby

ORDERED that the Parties shall file a joint status report on February 19, 2021,

It is SO ORDERED this _____ day of _____, 2021.

_____
COLLEEN KOLLAR-KELLY
United States District Court Judge